UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SENSORY TECHNOLOGIES, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>LOGMEIN, INC.,<br><br>    Defendant/Counter-Claimant. | CASE NO. 1:14-CV-001406-TWP-DKL<br><br>Hon. Tanya W. Pratt<br><br>**JURY TRIAL DEMAND** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to the voluntary dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

DATED: April 27, 2105                                      Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer L. Barry<br>Jennifer L. Barry (pro hac vice)<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400 / (858) 523-5450 Fax<br>jennifer.barry@lw.com<br>*Attorney for Defendant/Counter-Claimant LogMeIn, Inc.* | /s/ Jonathan G. Polak<br>Jonathan G. Polak, Atty. No. 219 54-49<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204<br>Telephone: 317.713.3500<br>Facsimile: 317.713.3699<br>jpolak@taftlaw.com<br>*Attorney for Plaintiff/Counter-Defendant Sensory Technologies, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

| | |
|---|---|
| Brad R. Maurer, Atty. No. 21730-49<br>Matthew T. Albaugh, Atty. No. 23293-49<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1782<br>(317) 237-0300 / (317) 237-1000 Fax<br>brad.maurer@faegrebd.com<br>matthew.albaugh@faegrebd.com<br><br>Perry J. Viscounty (pro hac vice)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costs Mesa, CA 92626-1925<br>(714) 540-1235 / (714) 755-8290 Fax<br>perry.viscounty@lw.com<br><br>Jennifer L. Barry (pro hac vice)<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400 / (858) 523-5450 Fax<br>jennifer.barry@lw.com<br>*Attorney for Defendant/Counter-Claimant LogMeIn, Inc.* | Jonathan G. Polak, Atty. No. 219 54-49<br>Donald C. Biggs,<br>M. Zach Gordon,<br>Tammara D. Porter,<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204<br>Telephone: 317.713.3500<br>Facsimile: 317.713.3699<br>jpolak@taftlaw.com<br>dbiggs@taftlaw.com<br>zgordon@taftlaw.com<br>tporter@taftlaw.com<br>*Attorney for Plaintiff/Counter-Defendant Sensory Technologies, LLC* |

                                                      /s/ Jennifer L. Barry
                                                          Jennifer L. Barry